FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 27 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**7/23/2015**
**Green, Willis Henry**          **Tr. Ct. No. 18971**          **COA No. 12-13-00391-CR**
                                                                **PD-0395-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

                                                    Abel Acosta, Clerk

                    12TH COURT OF APPEALS  CLERK
                    CATHY LUSK
                    1517 W. FRONT, ROOM 354
                    TYLER, TX  75701
                    * DELIVERED VIA E-MAIL *